UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22cv13

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>APPROXIMATELY $21,000 IN UNITED )<br>STATES CURRENCY SEIZED FROM )<br>DAVARIN BROWN ON SEPTEMBER 6, )<br>2021 AT THE CHARLOTTE-DOUGLAS )<br>INTERNATIONAL AIRPORT ) | **ORDER OF DEFAULT JUDGMENT** |

**THIS CAUSE COMES BEFORE THE COURT** upon the Government's Motion for Entry of Default Judgment. (Doc. 8). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and Orders as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $21,000 in U.S. Currency seized from Davarin Brown on September 6, 2021 at Charlotte-Douglas International Airport.**

Signed: April 5, 2022

*Max O. Cogburn Jr.*
United States District Judge